# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL OCHOA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>K. MENDOZA-POWERS,<br><br>　　　　Respondent. | 1:07-cv-00208-AWI-TAG HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **March 12, 2007**　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
**j6eb3d**　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE