UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL OCHOA, | 1:07-cv-00208 AWI TAG (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| K. MENDOZA-POWERS, | (Doc. 12) |
| Respondent. | |

On March 31, 2008, Petitioner filed a motion for an extension of time to file his traverse to Respondent's answer in this action. (Doc. 12). The Court has considered Petitioner's motion, finds that good cause exists to grant it, and makes the following order:

1. Petitioner's motion for an extension of time to file a traverse is GRANTED; and

2. Petitioner shall have to and including April 14, 2008 to file a traverse.

Petitioner is advised that failure to comply with this order may result in an order dismissing the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: **March 31, 2008**              **/s/ Theresa A. Goldner**
                                      UNITED STATES MAGISTRATE JUDGE